352 A.2d 12

**Salvatore J. CUCINOTTA, Esquire, et al., Petitioners,**

**v.**

**Honorable Matthew W. BULLOCK, Jr.**

Supreme Court of Pennsylvania.

July 7, 1975.

Anthony D. Pirillo, Jr., Salvatore J. Cucinotta, Philadelphia, for petitioners.

Michael L. Levy, Philadelphia, for respondent, Walter M. Phillips, Jr.

Jonathan Vipond, III, Philadelphia, for respondent, Hon. Harry A. Takiff.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## ORDER

PER CURIAM.

And now, this 7th day of January, 1976, the above petition is hereby denied. *Pirillo v. Takiff,* 466 Pa. 187, 352 A.2d 11 (filed July 7, 1975).

MANDERINO, J., dissents.